Form to be used by a prisoner filing a civil rights complaint under
THE CIVIL RIGHTS ACT, 42 U.S.C. & 1983

RECEIVED
JAN 10 2022
TONY R. MOORE CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

Roderick McDowell
**Full name of Plaintiff, Prisoner Number**

5:22-cv-00109 SECP

Civil Action No._____

_____

_____

_____
**Full Name of Defendant(s)**

## COMPLAINT

### I. Previous Lawsuits

A. Have you begun any other lawsuits while incarcerated or detained in any facility?
Yes ✓    No _____

B. If your answer to the preceding question is yes, provide the following information

1. State the court(s) where each lawsuit was filed (in federal, identify the District; if the state court, identify the county or parish):

   Shreveport, La
   Federal court western Dist.

2. Name the parties to the previous lawsuit(s):

   Plaintiffs: Sheriff Steve Partor

   Defendants: _____

3. Docket number(s): _____

4. Date(s) on which each lawsuit was filed: _____

5. Disposition and date thereof [For example, was the case dismissed and when? Was it appealed and by whom (plaintiff or defendant)? Is the case still pending?]:
   Open

1

C. Have you filed any lawsuit or appeal in any federal district court or appeals court which has, been dismissed?

Yes_____    No__✓__

If your answer to the preceding question is yes, state the court(s) which dismissed the case, the civil action number(s), and the reason for dismissal (e.g., frivolity, malice, failure to state a claim, defendants immune from relief sought, etc.).

_____

_____

II.  A.  **Name of institution and address of the current place of confinement:**

Cailborn Detention Center

B.  Is there a prison grievance procedure in this institution?
Yes__✓__    No_____

1. Did you file an administrative grievance based upon the same facts which form the basis of this lawsuit?
Yes__✓__    No_____
If Yes, what is the Administrative Remedy Procedure number? _____

2. If you did not file an administrative grievance, explain why you have not done so.

_____

_____

3. If you filed an administrative grievance, answer the following question. What specific steps of the prison procedure did you take and what was the result? (For example, for state prisoners in the custody of the Department of Public Safety and Corrections: did you appeal any adverse decision through to Step 3 of the Department of Public Safety and Corrections? For federal prisoners: did you appeal any adverse decision from the warden to the Regional Director for the Federal Bureau of Prisons, or did you make a claim under the Federal Tort Claims Act?)

_____

_____

Attach a copy of each prison response and/or decision rendered in the administrative proceeding.

III.  **Parties to Current Lawsuit:**

A. Name of Plaintiff _____

Address _____

2

B. Defendant, L.T. Curry, is employed as _____ at Claiborne Parish.

Defendant, Officer Deal, is employed as _____ at Claiborne Parish.

Defendant, Assistant Warden Risner, is employed as _____ at Claiborne Parish.

Additional defendants Officer Dudley

IV. **Statement of Claim**

State the **Facts** of your case. Specifically describe the involvement and actions of each named defendant. Include the names of all persons involved in the incident(s) or condition(s) giving rise to this lawsuit, and the dates upon which and the places where the incident(s) and/or conditions(s) occurred. **YOU ARE REQUIRED TO SET FORTH ONLY FACTUAL ALLEGATIONS. YOU ARE NOT REQUIRED TO SET FORTH LEGAL THEORIES OR ARGUMENTS.**

On Janurary 31, 2021, I was removed from A8. I was then placed in isolation cell 5|6 awaiting a write-up and during this time I was sprayed by L.T. Curry, Asst Warden Risner, officer Deal and officer Dudley were all right there. The tempter outside was below freezing. After I was sprayed I was left soak and wet for 12 hours I was freezing and refused medical treatment I was sprayed directly in my left eye it was swollen and bloodshot. I did'nt recieve a write up until 2-4-21. I went to D.B court. L.T. Holyfield sentenced me to 10 days in isolation credit for time served, I am currently 4 day past my sentence. Asst warden Risner forcefully stripped me of my tennis shoe I was 3 in that cell full of freezing water I couldn't use the bathroom properly I had no toilet paper I couldn't clean my self the floor was freezing I couldn't put my feet on the floor the air in the cell was well it felt like below 60 all while I was soak and wet

V. **Relief**

State exactly what you want the court to provide to you or do for you. Make no legal arguments. Cite no cases or statutes.

*These need to be held accountable for breaking the law, I want them to be fired and do hard time*

VI. **Plaintiff's Declaration**

**A. I declare under penalty of perjury that all of the facts represented in this complaint and any attachments hereto is true and correct.**

B. I understand that is I am transferred or released, I must apprise the Court of my address, and my failure to do so may result in this complaint being dismissed.

C. I understand that I may not proceed without prepayment of costs if I have filed three lawsuits and/or appeals that were dismissed on the grounds that the action and/or appeal was frivolous or malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

**Signed this** \_\_\_\_\_**day of** _____ , _____ .

_____ _____

**Prisoner no. (Louisiana Department of Corrections or Federal Bureau of Prisons)**        **Signature of Plaintiff**

RECEIVED
JAN 10 2022
TONY R. MOORE CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA

## ADMINISTRATIVE REMEDY PROCEDURE
## LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
## CLAIBORNE PARISH DETENTION CENTER

### THIS IS A REQUEST FOR ADMINISTRATIVE REMEDY

unperfesonal

**OFFENDER NAME:** Roderick McDowell

**DATE OF INCIDENT/COMPLAINT:** Jan 31, 2021 / unperfessional

**DOC NUMBER:** 338080

**PLACE OF INCIDENT/COMPLAINT:** A5 #516 — Loss of property

**JOB ASSIGNMENT:** N/A

**TIME OF INCIDENT/COMPLAINT:** 1:00 p.m & 5:00 p.m

**DESCRIBE NATURE OF COMPLAINT: (I.E., WHO, WHAT, WHEN, WHERE, HOW)**

On the above date and on and around the time I was in A5 cell #516 after being sprayed by L.T. Curry Asst. Warden Risner, Deputy Deal and Deputy Dudley I was foricably push down and Asst. Warden Risner removed my Nike Air Max tennis shoe and now it been over 3 weeks and my shoes can't be found. I am also miss 3 honey buns, 3 duplex cookies, 2 bars of soap, 1 du rag. I have asked L.T. Curry. I ask deputy Deal and he threated to slap the Fuck out of me. L.T. Curry also had my lock cut off that is something personal because she could have easily just ask'd me for the number to my lock and now I am unable to secure my property people do steal.

**RELIEF REQUESTED**

**DATE COMPLETED**

**OFFENDER SIGNATURE:** Roderick McDowell

**DORM & TIER LOCATION:** A8

**TO: A.R.P. SCREENING OFFICER**

RECEIVED
JAN 10 2022
TONY R. MOORE CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA

I have tried on numerous times to have a law counsel to help me to feel out this legal work and had him give my 1983 form to Ms. Aubrey who does the notary she then gave it Asst Warden Risner every I ask about they keep giving me the run around. I need help so I can complete my form. I am being denied law counsel

Sincerely
Roderick McDowell